# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jack, Janis G. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>10/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>1133 N. Shoreline Blvd.<br>Room 321<br>Corpus Christi, TX 78401 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | June 1-2, 2015 | New York, NY | Speak at conference | Reimbursement for transportation, lodging and meals |
| 2. | National Stone, Sand & Gravel Association | March 23, 2016 | Nashville, TN | Speak at symposium | Reimbursement for transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. CARDIOLOGY ASSOCIATES PROFIT SHARING PLAN: | | | | | | | | | |
| 3. INVESCO STIC PRIME INSTITUTIONAL fka AIM STIC Prime | A | Dividend | L | T | Distributed (part) | 01/07/16 | J | | |
| 4. | | | | | Distributed (part) | 03/02/16 | K | | |
| 5. | | | | | Distributed (part) | 03/30/16 | J | | |
| 6. | | | | | Distributed (part) | 05/04/16 | K | | |
| 7. | | | | | Distributed (part) | 05/23/16 | J | | |
| 8. | | | | | Distributed (part) | 05/31/16 | K | | |
| 9. | | | | | Distributed (part) | 06/30/16 | J | | |
| 10. | | | | | Distributed (part) | 08/02/16 | K | | |
| 11. | | | | | Distributed (part) | 08/30/16 | K | | |
| 12. | | | | | Distributed (part) | 09/27/16 | K | | |
| 13. | | | | | Distributed (part) | 11/02/16 | K | | |
| 14. | | | | | Distributed (part) | 12/01/16 | K | | |
| 15. | | | | | Distributed (part) | 12/29/16 | K | | |
| 16. MAINSTAY LARGE CAP GROWTH FD I | A | Dividend | | | Sold | 12/20/16 | M | | |
| 17. US SVGS BDS SER I | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 19. VANGUARD SHORTTERM INV GRADE INSTL | D | Dividend | N | T | | | | | |
| 20. Templeton Global Bond Fund* | A | Dividend | | | Sold | 05/16/16 | K | | |
| 21. COHEN & STEERS INSTL REALTY FD | B | Dividend | K | T | | | | | |
| 22. MFS VALUE FUND I | C | Dividend | M | T | | | | | |
| 23. HARTFORD FLOATING RATE FUND CL I | C | Dividend | M | T | | | | | |
| 24. VANGUARD SMALL-CAP GROWTH INDEX ADM* | A | Dividend | | | Sold | 07/18/16 | L | | |
| 25. JOHN HANCOCK FDS III-DISCPLNED VAL | A | Dividend | L | T | | | | | |
| 26. DODGE & COX INTL STOCK FD* | B | Dividend | | | Sold | 05/25/16 | K | | |
| 27. FROST GROWTH EQUITY FUND CL A* | A | Dividend | | | Sold | 07/18/16 | L | | |
| 28. GABELLI SMALL CAP GROWTH-I* | A | Dividend | K | T | | | | | |
| 29. T ROWE PRICE MID-CAP GROWTH FUND* | A | Dividend | L | T | | | | | |
| 30. VANGUARD 500 INDEX FUND - ADMIRAL | C | Dividend | M | T | | | | | |
| 31. VICTORY SMALL CO OPP FUND* | A | Dividend | K | T | | | | | |
| 32. FIDELITY CONSERVATIVE INC BD INSTL* | A | Dividend | L | T | | | | | |
| 33. FROST TOTAL RETURN BOND FD CL A* | D | Dividend | M | T | | | | | |
| 34. HARTFORD WORLD BOND FD INSTL* | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. METROPOLITAN WEST T/R BOND-I* | D | Dividend | N | T | | | | | |
| 36. HARDING LOEVNER INTL EQ FD INSTL* | A | Dividend | L | T | | | | | |
| 37. FROST CREDIT FUND INV CL* | C | Dividend | L | T | Buy | 01/04/16 | L | | |
| 38. LAZARD INTL EQTY PORT-INSTL* | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 39. T ROWE PRICE ID-CAP GROWTH FUND* | A | Dividend | M | T | Buy | 12/20/16 | M | | |
| 40. ARTISAN HIGH INCOME FD ADV* | B | Dividend | K | T | Buy | 08/02/16 | K | | |
| 41. OPPENHEIMER CORE BOND FUND-I* | A | Dividend | N | T | Buy | 12/20/16 | N | | |
| 42. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 43. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 44. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 45. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 46. LINCOLN NATL LIFE INS CO | A | Dividend | K | W | | | | | |
| 47. AMERICAN BANK | A | Interest | J | T | | | | | |
| 48. AMERICAN BANK | A | Interest | J | T | | | | | |
| 49. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 50. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | K | T | | | | | |
| 51. SMALLCAP WORLD FUND-529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | C | Dividend | K | T | | | | | |
| 53. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | B | Dividend | K | T | | | | | |
| 54. SMALLCAP WORLD FUND-529A | A | Dividend | J | T | | | | | |
| 55. EDUCATION TRUST #1 - REAL ESTATE | | None | M | T | | | | | |
| 56. EDUCATION TRUST #2 - REAL ESTATE | | None | M | T | | | | | |
| 57. FAMILY REALTY LLC - REAL ESTATE | E | Rent | P1 | U | | | | | |
| 58. LIFETIME TRUST - REAL ESTATE | | None | L | T | | | | | |
| 59. FROST BANK | A | Interest | J | T | | | | | |
| 60. FROST BANK | A | Interest | J | T | | | | | |
| 61. FROST BANK | A | Interest | J | T | | | | | |
| 62. FROST BANK | A | Interest | J | T | | | | | |
| 63. CAMDEN NATL BANK, formerly THE BANK OF MAINE | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 10/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. Reimbursements. Line 1. The reimbursement from American Conference Institute was for participation in a conference as noted in 2015; however the reimbursement was not received until April, 2016.

Part VIII. Line 36. This investment was inadvertenly oimitted from 2015 Financial Disclosure Report. Actual acquisition date was 07/28/2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis G. Jack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544